

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00904-CV

**Gramercy Advisor LLC, Gramercy Asset Management LLC, Gramercy Local Markets Recovery Fund LLC and Gramercy Financial Services LLC**

**v.**

**R. K. Lowery, Jr. L-Falling Creek LLC, Russell A. Chabaud, R-Rac Wimbledon, LLC, John P. Moffitt, J-Jason LLC, Russell A. Chabaud, Trustee of the Russell G. Chabaud 1999 Investment Trust, R- Russell Wimbledon, LLC, et al**

NO. 2008-74262 IN THE 80TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $26.00 | 04/20/2015 | PAID | APE |
| MT FEE | $10.00 | 03/05/2015 | E-PAID | APE |
| SUPP CLK RECORD | $17.00 | 02/11/2015 | E-PAID | ANT |
| SUPP CLK RECORD | $8.00 | 02/06/2015 | PAID | ANT |
| MT FEE | $10.00 | 01/28/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 01/28/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 01/15/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 01/07/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 01/07/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 12/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/29/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/08/2014 | E-PAID | ANT |
| CLK RECORD | $3,796.00 | 12/02/2014 | PAID | ANT |
| RPT RECORD | $280.00 | 11/12/2014 | UNKNOWN | ANT |
| FILING | $175.00 | 11/10/2014 | E-PAID | ANT |

| STATEWIDE EFILING | $20.00 | 11/10/2014 | E-PAID | ANT |
|---|---|---|---|---|

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $4,432.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 11, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**